STATE OF NEW JERSEY v. PETER J. SINACORE, JR.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE WATSON.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. NAPOLEON WILLIAMS.

October 14, 1975. Petition for certification denied. (See 133 *N. J. Super.* 481)

STATE OF NEW JERSEY v. THOMAS WOOTEN.

October 14, 1975. Petition for certification granted. (See 135 *N. J. Super.* 6)

IN RE: ESTATE OF EDWARD WIDENMEYER.

October 28, 1975. Petition for certification granted. (See 134 *N. J. Super.* 307)

STATE OF NEW JERSEY v. ANGELO COTTONE.

October 29, 1975. Petition for certification denied.